**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,         Case No.: 23-MC-51438

v        Hon. David M. Lawson

JAMES LETKO,

      Defendant,

and

PROVIDENT BANK,

      Garnishee.
_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) and 18 U.S.C. § 3613(a) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, James Letko, Social Security No. ***-**-4459, whose last known address is: C/o Attorney Theodore Eppel, 201 W. Big Beaver, Ste. 1200, Troy, MI 48084, in Case No.: 2:19CR20652 01 in the amount of $21,733,050.81, plus post judgment interest at the rate of 0.0%. The sum of $0.00 has been credited to the judgment debt, leaving a total balance due of $21,733,050.81 (without the post-judgment accrual of interest) as of October 2, 2023. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 2, 2023, and debtor has failed

to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

> Provident Bank
> 239 Washington Street
> Jersey City, NJ 07302

Respectfully submitted,

DAWN N. ISON
United States Attorney

By: /s/ PETER F. SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: peter.schneider@usdoj.gov
Michigan Bar No.: (P75256)

Date: October 2, 2023