UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No.: 23-MC-51438

v                                         Hon. David M. Lawson

JAMES LETKO,

       Defendant,
and

PROVIDENT BANK,

       Garnishee.

_____/

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO: Provident Bank
                    239 Washington Street
                  Jersey City, NJ 07302

An application for a Writ of Continuing Garnishment against the property of James Letko, whose Social Security Number is ***-**-4459, has been filed with this Court. A judgment has been entered in Case No.: 2:19CR20652 01, and there is presently owing the amount of $21,733,050.81, exclusive of costs and post-judgment interest, computed through October 2, 2023, from Defendant, James Letko, with a last known address of c/o Attorney Theodore Eppel, 201 W. Big Beaver, Ste 1200, Troy, MI 48084.   The United States is represented by Peter Schneider, United States Attorney's Office, 211 W. Fort, Suite 2001, Detroit, MI 48226.  **You are required**

**by law to answer in writing, under oath, within ten (10) days, whether or not you have, or may in the future have, in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.**

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court Clerk at: Theodore Levin Courthouse, 231 West Lafayette, 5th Floor, Detroit, Michigan 48226. Additionally, you are required by law to serve a copy of your answer to this writ upon the debtor, James Letko, with a last known address at c/o Attorney Theodore Eppel, 201 W. Big Beaver, Ste 1200, Troy, MI 48084 and upon the attorney for the Government: Peter Schneider, United States Attorney's Office, 211 W. Fort, Suite 2001, Detroit, MI 48226.

Pursuant to the provisions of Section 3613(a) of Title 18, there may be property which is exempt from this writ of Garnishment. All non-exempt property belonging to James Letko, including but not limited to twenty-five percent (25%) of the non-exempt disposable earnings currently owed and owed in the future to James Letko, must be withheld from and retained by you pending further order of the Court.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment

against you for the value of the debtor's non-exempt property.

It is unlawful to pay or deliver to the defendant any item attached by this writ. Additionally, you may be held liable for a reasonable attorney's fee to the United States of America. Questions are to be directed to Peter Schneider, United States Attorney's Office, 211 W. Fort, Suite 2001, Detroit, MI 48226.

        KINIKIA ESSIX
        UNITED STATES DISTRICT COURT CLERK
        EASTERN DISTRICT OF MICHIGAN

By: _____

Dated:          Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

JAMES LETKO,

       Defendant,

and

PROVIDENT BANK,

       Garnishee.
                                /

Case No.: 23-MC-51438
Hon. David M. Lawson

## **CLERK'S NOTICE OF GARNISHMENT**

You are hereby notified that a garnishment is being taken by the United States of America, which has a judgment in Case No.: 2:19CR20652 01 in the United States District Court for the Eastern District of Michigan, Southern Division in the sum of $21,733,050.81. A balance of $21,733,050.81, exclusive of accrued interest, remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if James Letko can show that the exemptions apply.

The exemptions that apply are those identified in Section 3613 of Title 18.

You have a right to ask the Court to apply any exemption to which you feel you are entitled. You have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

**If you want a hearing, you must notify the court within 20 days after receipt of the notice.  Your request must be in writing.**  If you wish, you may use the request for hearing included in this package. You must either mail it or deliver it in person to the Clerk of the United States District Court at Theodore Levin Courthouse, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226. You must also send a copy of your request to Peter Schneider, United States Attorney's Office, 211 W. Fort St., Suite 2001, Detroit, Michigan 48226 notifying the Government that you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

**At the hearing you must be prepared to explain to the judge why you think the Government is not entitled to the funds garnished.**

You will receive a copy of the answer, as prepared by the Garnishee. **If you do not agree with the information as set forth by the garnishee you may request a hearing. If you want a hearing, you must notify the court within 20 days after receipt of the answer. Your request must be in writing.**

If you wish, you may use the request for hearing included in this package. You must either mail it or deliver it in person to the Clerk of the United States District Court at Theodore Levin Courthouse, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226. You must also send a copy of your request to the Garnishee and to Peter Schneider, United States Attorney's Office, 211 W. Fort St., Suite 2001, Detroit, Michigan 48226 notifying the Government that you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you object to the information contained in the answer.

**If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by the court to the Federal judicial district in which you reside.** You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at Theodore Levin Courthouse, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226.  You must also send a copy of your request to Peter Schneider, United States Attorney's Office, Financial Litigation Unit, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or

an office of public legal assistance. *The Clerk or the Court is not permitted to give legal advice, but can refer you to other sources of information.*

                        KINIKIA ESSIX
                        UNITED STATES DISTRICT COURT CLERK
                        EASTERN DISTRICT OF MICHIGAN

                    By: _____
Dated:                      Deputy Clerk

mb