UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

JAMES LETKO,

       Defendant,

and

PROVIDENT BANK,

       Garnishee.
_____/

Case No.: 23-MC-51438
Hon. David M. Lawson

## CERTIFICATE OF SERVICE

I, Merima Biogradlija, Paralegal Specialist, for the Money Laundering and Asset Recovery Unit hereby certify that on October 17, 2023, mailed the following documents by US First-Class Mailing to Defendant and Certified Mailing, Return Receipt Requested, to Garnishee:

James Letko
C/o Attorney Theodore Eppel
201 W. Big Beaver, Ste 1200
Troy, MI 48084

Application for Writ of Garnishment
Clerk's Notice of Garnishment
Request for Hearing Forms/Notice of Exemptions
Certificate of Service

| | |
|---|---|
| Provident Bank<br>239 Washington Street<br>Jersey City, NJ 07302 | Writ of Continuing Garnishment<br>Answer of Garnishee Form<br>Certificate of Service |

DAWN N. ISON
United States Attorney

By:  /s/ PETER F SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: peter.schneider@usdoj.gov
Date: October 17, 2023        Michigan Bar No.: (P75256)

mb