UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JAMES LETKO,

    Defendant,

and

PROVIDENT BANK,

    Garnishee.
_____/

Case No. 23-MC-51438
Hon. David M. Lawson

FILED
NOV 20 2023
CLERK'S OFFICE
DETROIT

## ANSWER BY PROVIDENT BANK TO WRIT OF GARNISHMENT, DATED OCTOBER 2, 2023, IN THE AMOUNT OF $21,733,050.81 WITH REGARD TO JAMES LETKO

Pamela Ascue hereby declares and states:

By way of an Answer to the Writ Of Garnishment, dated October 2, 2023, that was issued in the above-captioned matter to Provident Bank in the amount of $21,733,050.81 with regard to James Letko, the undersigned states as follows:

The subject Writ of Garnishment was issued by this Court to a Provident Bank branch office located at 239 Washington Street, Jersey City, New Jersey 07302. Provident Bank does not conduct business or maintain any physical presence in Michigan.

Accordingly, pursuant to Fed. R. Civ. P. 69(a) and 28 U.S.C. § 3205, Provident Bank submits that the Writ of Garnishment is invalid and ineffective as to Provident Bank in New Jersey, and therefore Provident Bank cannot at this time disclose the existence or lack thereof of any responsive accounts that Mr. Letko may maintain with Provident Bank in New Jersey.

I declare under penalty of perjury that I am authorized to sign this Answer on behalf of Provident Bank and that the above answers are true and correct to the best of my knowledge.

_____
By: Pamela Ascue

Title: Legal Department Operations Manager

4873-3068-1488, v. 1

Case 2:23-mc-51438-DML   ECF No. 4, PageID.21   Filed 11/20/23   Page 3 of 3

