UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JAMES LETKO,

    Defendant,

and

PROVIDENT BANK,

    Garnishee.

Case No.: 23-MC-51438
Hon. David M. Lawson

_____

### CERTIFICATE OF SERVICE

I, Breanna Wyrabkiewicz, Legal Assistant, for the Money Laundering and Asset Recovery Unit hereby certify that on December 4, 2023, mailed its Objection to Garnishee Answer (*ECF No. 5*) via FedEx, to the following parties:

James Letko
C/o Attorney Theodore Eppel
201 W. Big Beaver, Ste 1200
Troy, MI 48084

Provident Bank
Attn: Brooke Suarez, *Esq.*
Sherman Atlas Sylvester & Stamelman
210 Park Avenue
Suite 200
Florham Park, NJ 07932

By: /s/ PETER F SCHNEIDER
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9762
E-mail: peter.schneider@usdoj.gov
Michigan Bar No.: (P75256)

Date: December 4, 2023