

~~TRULINCS 57832039 LETKO, JAMES Unit LEW-K-A~~

----------------------------------------------------------------------------

~~FROM: 57832039~~
~~TO:~~
~~SUBJECT:~~ Garnishment
~~DATE: 11/29/2023 07:20:57 PM~~

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 23-MC-51438
Hon. David M. Lawson

UNITED STATES OF AMERICA, Plaintiff
v
JAMES LETKO, Defendant
and
PROVIDENT BANK, Garnishee

REQUEST FOR HEARING FOR WRIT OF GARNISHMENT, DATED OCTOBER 2ND, 2023 IN THE AMOUNT OF $21,733,050.81.

James Letko requests the garnishment to Provident Bank be denied at this time. He reported to USP Lewisburg on November 1st, 2023. James and Patricia Letko own one joint checking account at Provident Bank with a current balance of $9,546.44. The majority of the current source of funds in that account are from Federal and NJ tax refunds from tax year 2022 and are not related to the crime. The funds are needed to pay household expenses, which are property taxes, home and auto insurance, food and gas. Patricia is currently not employed but is searching for employment. James is currently employed at USP Lewisburg and is expected to start paying restitution six months from November 1st, 2023 per his counselor. Garnishing the funds in this account will create a large financial burden to James, Patricia and their 3 dependent children. James has every intention to start paying regular restitution payments while in prison and upon release.

This request was filed late because James was busy preparing for prison and getting oriented in prison after the notice was received on October 17th. James will not be able to attend a hearing and requests a decision be based upon the facts in this response.

Please mail correspondance to:

James Letko - 57832-039
Camp - Unit 2
USP Lewisburg
PO Box 2000
Lewisburg, PA 17837

By: _____

Dated:  11/29/2023



James Lattko 57832-039
Camp-Unit 2
Po Box 2000
Lewisburg, PA 17837

HARRISBURG PA  171
30 NOV 2023 PM 4 L

Clerk of the US District Court, 5th Floor
231 W. Lafayette
Detroit, MI 48226

RECEIVED
DEC - 5 2023
CLERKS OFFICE
U.S. DISTRICT COURT

48226-270099