UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JAMES LETKO,

    Defendant,

and

PROVIDENT BANK,

    Garnishee.

_____/

Case No. 23-MC-51438
Hon. David M. Lawson

FILED
DEC 06 2023
CLERK'S OFFICE
DETROIT

## AMENDED ANSWER BY PROVIDENT BANK TO WRIT OF GARNISHMENT, DATED OCTOBER 2, 2023, IN THE AMOUNT OF $21,733,050.81 WITH REGARD TO JAMES LETKO

Pamela Ascue, deposes and says:

That she is the Legal Department Operations Manager of Provident Bank, a corporation organized under the laws of the State of New Jersey.

By way of an Amended Answer to the Writ Of Garnishment, dated October 2, 2023, that was issued in the above-captioned matter to Provident Bank in the amount of $21,733,050.81 with regard to James Letko, the undersigned states as follows:

After conducting a reasonable diligent inquiry, Provident Bank has in its custody, control and/or possession the following accounts in which James Letko has and/or may have an interest and which Provident Bank has restricted (to the extent such accounts remain open):

| Account Title | Account No. | Balance as of 12/01/2023 |
|---|---|---|
| James J. Letko<br>Demand Deposit | XXXXXX2039 | $9,546.04 |
| James J. Letko<br>Mortgage | XXXX2902 | $0.00 |
| James J. Letko<br>ATM/Debit | XXXXXX1250 | $0.00 |

Provident Bank does not currently claim any right of setoff against the account listed above.

Provident Bank mailed a copy of this answer by first-class mail to (1) James Letko c/o Attorney Theodore Eppel, 201 W. Big Beaver, Ste 1200, Troy MI 48084, and (2) Peter F. Schneider, Assistant United States Attorney, 211 W. Fort St., Ste. 2001, Detroit MI 48226.

I declare under penalty of perjury that I am authorized to sign this Amended Answer on behalf of Provident Bank and that the above answers are true and correct to the best of my knowledge.

By: Pamela Ascue

Title: Legal Department Operations Manager
Address: 111 Wood Avenue South, Iselin NJ 08830
Phone: (732) 582-4333

4863-9053-8900, v. 1

