## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JAMES LETKO,

    Defendant,

and

PROVIDENT BANK,

    Garnishee.

Case No.: 23-MC-51438
Hon. David M. Lawson

_____

## NOTICE OF WITHDRAWAL OF OBJECTION

The United States of America, by and through its undersigned counsel, hereby withdraws its Objection to Answer to Continuing Garnishment filed at *ECF No. 5*.

Respectfully submitted,

DAWN N. ISON
United States Attorney

By: */s/Peter F. Schneider*
Peter F. Schneider (P75256)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9100
E-mail: peter.schneider@usdoj.gov