UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                       Case No. 2:23−mc−51438−DML
                                       Hon. David M. Lawson

James Letko,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- OBJECTION TO GARNISHMENT HEARING: February 29, 2024 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/S. Pinkowski
                                                      Case Manager

Dated: December 15, 2023