UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　Case Number 23-51438
v.　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

JAMES LETKO,

        Defendant,

and

PROVIDENT BANK,

        Garnishee.
_____/

**GARNISHEE ORDER TO PAY**

    On October 2, 2023, the government initiated this miscellaneous matter by filing a request for a writ of continuing garnishment directed to garnishee Provident Bank. The garnishee filed an answer indicating that it presently holds funds in the amount of $9,546.04 in an account owned by the defendant. The defendant, however, filed an objection in which he asserted that the funds in the account belong jointly to himself and his wife, and that the funds subject to his wife's spousal half-interest should be exempted from the garnishment. On December 18, 2023, the parties filed a stipulation setting forth their agreement to resolve the government's claim to the funds and the defendant's objection.

    Accordingly, pursuant to the stipulation of the parties (ECF No. 14), the following is **ORDERED**:

    1.    The continuing writ of garnishment as to $4,773.02 of the funds in the jointly held account numbered XXXXXX2039 is **DISSOLVED**, and the government **SHALL NOT** make any further attempt to collect against those funds.

2. The remainder of the funds in account XXXXXX2039 in the amount of $4,773.02 shall be remitted promptly to the Clerk of Court (USDC — EDMI), Attn: Financial, 231 W. Lafayette, Detroit, MI 48226, with the payment made payable to the United States.

3. The Clerk of Court shall distribute the funds received in accordance with the provisions of the judgment in the matter of *United States v. James Letko*, No. 19-20652.

4. Upon receipt of the funds by the Clerk of Court, the writ of garnishment against garnishee Provident Bank shall be **DISSOLVED**.

It is further **ORDERED** that the hearing previously scheduled for February 29, 2024 is **CANCELED**.

    s/David M. Lawson  
    DAVID M. LAWSON  
    United States District Judge

Dated: December 21, 2023